| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>832690<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: WELLS FARGO BANK, N.A. | Order Filed on June 18, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>LESLEY S. SMITH | Case No: 19-30329 - MBK<br><br>Hearing Date: 05/27/2020<br><br>Judge:  MICHAEL B KAPLAN |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 18, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NJID 832690**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for WELLS FARGO BANK, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    LESLEY S. SMITH                      CASE NO. 19-30329 - MBK

                                                   CHAPTER 13

  Debtor                                      CONSENT ORDER RESOLVING
                                                   OBJECTION TO CONFIRMATION

                                                   HEARING DATE: 05/27/2020

    This Consent Order pertains to the property located at 1491 FELA AVENUE, NORTH BRUNSWICK TOWNSHIP, NJ 08902, mortgage account ending with "5953";

    THIS MATTER having been brought before the Court by, ROBERT C NISENSON, Esquire attorney for debtor, LESLEY S. SMITH upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    IT IS on the _____ day of _____, 2020, ORDERED as follows:

1. The parties agree that the sale of the subject property will occur by September 30, 2020 and the proceeds of that sale will be used to satisfy Secured Creditor's Proof of Claim (Claim 2-1).

2. Debtor will complete the sale of the property no later than September 30, 2020. Sale is subject to a valid payoff that will pay Secured Creditor in full and will be requested at the time of closing.

3. Debtor is responsible for all costs and taxes associated with property pending the sale.

4. Debtor will resume making regular monthly mortgage payments in accordance with the terms of the Note and Mortgage.

5. Should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is

6. more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

6. In the event the sale of the property is not completed by September 30, 2020, Secured Creditor can certify to default and obtain relief from the automatic stay.

7. This Order shall be incorporated into and become part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
WELLS FARGO BANK, N.A.

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

Dated: 05/27/2020

/s/ Robert C. Nisenson                      Dated: 06/05/2020
ROBERT C NISENSON, Esquire
Attorney for debtor