Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−30329−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lesley S. Smith
   1491 Fela Ave
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−9832

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/16/21 at 09:00 AM

to consider and act upon the following:

**49** − Creditor's Certification of Default (related document:23 Motion for Relief from Stay re: 1491 FELA AVENUE, NORTH BRUNSWICK TOWNSHIP, NJ 08902 NKA 1491 FELA AVENUE, NORTH BRUNSWICK, NJ 08902−1523. Fee Amount $ 181. filed by Creditor WELLS FARGO BANK, N.A., Motion for Relief from Co−Debtor Stay of MARK C. SMITH and ROBIN E. STILLS, 26 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of SPECIALIZED LOAN SERVICING LLC. Objection deadline is 02/26/2021. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 2/26/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court