UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing LLC

**Order Filed on March 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Lesley S. Smith

Debtor.

Case No.: 19-30329 MBK

Adv. No.:

Hearing Date: 3/16/2021 @ 9:00 a.m.

Judge: Michael B. Kaplan

## ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 15, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Lesley S. Smith
Case No:  19-30329 MBK
Caption of Order:  ORDER RESOLVING CERTIFICATION OF DEFAULT
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Specialized Loan Servicing LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 1491 Fela Avenue, North Brunswick, New Jersey 08902, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Robert C. Nisenson, Esquire, attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that for the property located at 1491 Fela Avenue, North Brunswick, New Jersey 08902stay relief is effective May 24, 2021; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.