UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lesley S. Smith

Case No.: 19-30329
Chapter: 13
Judge: MBK

### NOTICE OF PROPOSED PRIVATE SALE

_____Lesley S. Smith_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 E. State Street, Trenton, New Jersey

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____April 14, 2021_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, _____Trenton, New Jersey_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 1491 Fela Avenue, North Brunswick, NJ

Proposed Purchaser: Jihad Beaino

Sale price: $331,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Robert C. Nisenson, Esq./Remax First and Keller Williams
Amount to be paid: $2500.00/$19,860.00
Services rendered: Real Estate Attorney/Real Estate Brokers

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Robert C. Nisenson, Esq.

Address: 10 Auer Court, East Brunswick, NJ 08816

Telephone No.: 732-238-8777

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:  
Lesley S. Smith  
    Debtor

Case No. 19-30329-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Mar 19, 2021     Form ID: pdf905     Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lesley S. Smith, 1491 Fela Ave, North Brunswick, NJ 08902-1523 |
| r | + | Remax First Realty, 557 Cranbury Road Suite 23, East Brunswick, NJ 08816-5441 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518535350 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 518801988 | + | City of Atlantic City, c/o McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Second Floor, Roseland, NJ 07068-3737 |
| 518535354 | + | Midland Funding, C/O Pressler & Pressler, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518845528 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518535357 | + | Wells Fargo, PO Box 14411, Des Moines, IA 50306-3411 |
| 518563416 | | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC#N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-7700 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 19 2021 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2021 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518535351 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 19 2021 21:15:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518553725 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 23:39:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518535353 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 23:39:30 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518535355 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 19 2021 21:13:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518627232 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 19 2021 21:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518535356 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2021 23:50:12 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518613615 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2021 00:04:27 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 19, 2021 | Form ID: pdf905 | Total Noticed: 18

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518535352 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518845529 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joshua H. Raymond | on behalf of Creditor City of Atlantic City jraymond@msbnj.com |
| Melanie Carmela Grimes | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| Robert C. Nisenson | on behalf of Debtor Lesley S. Smith r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6